**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **CHRISTOPHER SMITH, S.N., a Minor, by DONNAYE NOLAND, Guardian, et al.**, <br><br> *Plaintiffs*, <br><br> v. <br><br> **THE SCHOOL DISTRICT OF PHILADELPHIA, et al.**, <br><br> *Defendants*. | **Case No. 2:26-cv-05082-JDW** |

## ORDER

**AND NOW**, this 23rd day of July, 2026, following a hearing in open court and for the reasons set forth on the record during such hearing, it is **ORDERED** that Plaintiffs' Emergency Motion For Temporary Restraining Order And Preliminary Injunction To Preserve The Status Quo (ECF No. 2) is **DENIED**.

**BY THE COURT:**

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.